# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2816
_____

LaRonda Phox

*Plaintiff - Appellant*

v.

George E. Fern Co., an Ohio corporation; International Alliance of Theatrical
Stage Employees, Local 31

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: February 27, 2014
Filed: March 4, 2014
[Unpublished]
_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

LaRonda Phox appeals following the district court's[1] entry of final judgment in her employment discrimination action. We have carefully considered Phox's arguments for reversing the numerous orders she identifies on appeal, and we agree with the district court's disposition of these matters and its underlying analysis, including its denial of her motion for default judgment against George E. Fern Company, see Norsyn, Inc. v. Desai, 351 F.3d 825, 828 (8th Cir. 2003) (reviewing for abuse of discretion), and its grant of summary judgment to International Alliance of Theatrical Stage Employees, Local 31, see Shaffer v. Potter, 499 F.3d 900, 903 (8th Cir. 2007) (de novo review). The judgment of the district court is affirmed, see 8th Cir. R. 47B, and we deny Phox's motion for a court order.

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.